## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| CONSUMER DATA INDUSTRY ASSOCIATION, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Docket no. 1:19-cv-00438-GZS |
| AARON M. FREY, et al., ) ) | |
| Defendants. ) | |

### REPORT OF CONFERENCE & PROCEDURAL ORDER

On March 29, 2023, the Court held a telephonic conference of counsel to discuss the Parties' Joint Proposed Briefing Schedule (ECF No. 60) with Attorneys Jennifer Sarvadi, Rebecca Kuehn, and Ryan Dumais appearing for Plaintiff and Deputy Attorney General Christopher Taub appearing for Defendants.

As discussed at the conference, the issues that remain on remand are as follows:

(1) Whether and to what extent the Medical Debt Reporting Act or the Economic Abuse Debt Reporting Act is partially preempted by Section 1681t(b)(1)(E); see Consumer Data Indus. Ass'n v. Frey, 26 F.4th 1, 14 (1st Cir. 2022).

(2) Whether and to what extent Sections 1681c(a)(7) and 1681c(a)(8) have a "partial preemptive effect on the Maine Medical Debt Reporting Act as it applies to veterans' medical debt"; id. at 12-13.

(3) Whether Maine's Economic Abuse Debt Reporting Act is preempted by Section 1681t(b)(5)(C), which blocks the reporting of information resulting from identity theft; see id. at 14.

The parties agree that these three issues are legal questions that may be resolved on the prior stipulated record and without any discovery. Therefore, the Court sets the following deadlines and page limits for briefing the remaining issues in this case:

(1) Plaintiff's Motion for Judgment on a Stipulated Record shall be filed by **April 28, 2023** and shall not exceed 25 pages.

(2) Defendants' Response in Opposition and Cross-Motion for Judgment shall be filed by **May 26, 2023** and shall not exceed 25 pages.

(3) Plaintiff's Reply and Response to Cross-Motion shall be filed by **June 9, 2023** and shall not exceed 8 pages.

(4) Both sides indicated that they do not currently anticipate the filing of any amicus briefs. However, any amicus briefs shall be filed no later than **June 9, 2023**.

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 29th day of March, 2023.