# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| CONSUMER DATA INDUSTRY ASSOCIATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | )   Civil Action No. 1:19-cv-00438-GZS ) |
| AARON M. FREY, et al., | ) ) |
| Defendants. | ) |

## PLAINTIFF'S NOTICE OF APPEAL

Please take notice that the plaintiff, Consumer Data Industry Association, hereby appeals to the United States Court of Appeals for the First Circuit from the Order on Motion for Judgment [Dkt. No. 70] entered by this Court on January 9, 2024, granting in part, and denying in part, plaintiff's Motion for Judgment on the Record together with the Judgment entered on January 9, 2020 [Dkt. No. 71] in favor of plaintiff in part, and defendants, in part.

Dated:  February 8, 2024         Respectfully submitted,

/s/ Ryan P. Dumais
Ryan P. Dumais
Eaton Peabody
P.O. Box 5249
Augusta, ME 04332-5249
Phone: (207) 729-1144 ext. 3810
Fax: (207) 729-1140
rdumais@eatonpeabody.com

Rebecca E. Kuehn
Jennifer L. Sarvadi
Hudson Cook LLP
1909 K Street NW
4th Floor
Washington, DC 20006
Phone: (202) 715-2008
Facsimile: (202) 223-6935

rkuehn@hudco.com
jsarvadi@hudco.com

Attorneys for Plaintiff
Consumer Data Industry Association

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 8th day of February, 2024, I electronically filed the above document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Christohper C. Taub, Esq.
Christopher.C.Taub@maine.gov

James M. Amendolara
jamendolara@caring-unlimited.org

David N. Anthony
david.anthony@troutmansanders.com

John J. Aromando
jaromando@pierceatwood.com

Bernard James Broder, III
bernard@caring-unlimited.org

Frank P. D'alessandro
frank@mejp.org

Sean T.H. Dutton
Sean.dutton@troutman.com

Andrea Bopp Stark
astark@nclc.org

Misha Tseytlin
misha.tseytlin@troutman.com

                                                    /s/ Ryan P. Dumais
                                                    Ryan P. Dumais, Esq.