# United States Court of Appeals
## For the First Circuit

No. 24-1151

CONSUMER DATA INDUSTRY ASSOCIATION,

Plaintiff - Appellant,

v.

AARON M. FREY, in his capacity as Attorney General of the State of Maine; LINDA J. CONTI, in her capacity as Superintendent of the Maine Bureau of Consumer Credit Protection,

Defendants - Appellees.

Before

Barron, Chief Judge,
Montecalvo and Aframe, Circuit Judges.

### CORRECTED JUDGMENT*

Entered: September 24, 2025

Plaintiff-appellant Consumer Data Industry Association ("CDIA") has filed a motion to remand this case to the district court in light of recent material changes in the medical-debt provision of Maine law, Me. Pub. L. 2025, ch. 201, which will become effective on September 24, 2025. The state opposes and the CDIA has replied. We have carefully reviewed the submissions of the parties. CDIA's motion to remand is granted.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Hon. Lance E. Walker, Eric Storms, Acting Clerk, United States District Court for the District of Maine, Micah A. Smart, Rebecca Everett Kuehn, Jennifer Sarvadi, Christopher C. Taub, Frank P. D'Alessandro, Andrea E. Bopp Stark, John J. Aromando, David Neal Anthony, Misha Tseytlin, Sean T.H. Dutton, Tara S. Morrissey, Kevin Michael LeRoy

---

*Corrected judgment entered to amend the service list.