**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF MAINE**

| | |
|---|---|
| CONSUMER DATA INDUSTRY ASSOCIATION, <br><br>     Plaintiff, <br><br>         v. <br><br> AARON M. FREY, in his official capacity as the Attorney General of the State of Maine, *et al.*, <br><br>     Defendants. | CIVIL ACTION NO.: 1:19-cv-00438-LEW |

**MOTION TO WITHDRAW AS COUNSEL FOR**
**DEFENDANTS AARON M. FREY AND LINDA J. CONTI**

Pursuant to Local Rule 83.2, undersigned counsel seeks leave to withdraw as counsel for the defendants, Aaron M. Frey and Linda J. Conti.  Defendants will continue to be represented by Assistant Attorney General Paul Suitter, who this day entered his appearance (ECF No. 92).

WHEREFORE, undersigned counsel respectfully requests that the Court grant him leave to withdraw as counsel for the defendants.

Dated:  April 1, 2026

AARON M. FREY
Attorney General

/s/ Christopher C. Taub
Christopher C. Taub
Chief Dep. Atty. General
Christopher.C.Taub@maine.gov
Six State House Station
Augusta, Maine  04333-0006
Tel.  (207) 626-8800
Fax (207) 287-3145

Counsel for Defendants

1

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this, the 1st day of April, 2026, I electronically filed the above document with the Clerk of Court using the CM/ECF system which will send notification to all counsel of record.

<u>/s/ Christopher C. Taub</u>
Christopher C. Taub
Chief Dep. Atty. General
Christopher.C.Taub@maine.gov
Six State House Station
Augusta, Maine  04333-0006
Tel.  (207) 626-8800

2